UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60285-CR-Rosenbaum

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BOBBY MADISON

       Defendant.

## NOTICE OF APPEAL

NOTICE is hereby given that BOBBY MADISON, defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on September 30, 2013.

                                          s/ *Randee J. Golder*
                                   Randee J. Golder, Esq. (Fla. Bar No. 402206)
                                   rjgolder@bellsouth.net
                                   Randee J. Golder, P.A.
                                   PO Box 243756
                                   Boynton Beach, FL 33424-3756
                                   Phone: (561) 752-9890
                                   *Attorney for Defendant Bobby Madison*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on October 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              s/ *Randee J. Golder*
                              Randee J. Golder, Esq.

**SERVICE LIST**
**U.S. v. Bobby Madison, et al.**
**Case No. 11-60285-CR-Zloch**
**United States District Court, Southern District of Florida**

AUSA Michael E. Gilfarb
Email:  Michael.Gilfarb@usdoj.gov
U.S. Attorney's Office
99 NE 4th St.
Miami, FL 33132
Phone/Fax:  (305) 961-9015/530-7976
Attorney for Plaintiff United States
Served through CM/ECF

AUSA Mark Dispoto
Email:  Mark.Dispoto@usdoj.gov
U.S. Attorney's Office
500 E. Broward Blvd, 7th Floor
Ft. Lauderdale, FL 33394-3002
Phone/Fax:  (954) 660-5786/356-7336
Attorney for Plaintiff United States
Served through CM/ECF

Randee J. Golder, Esq.
Email:  rjgolder@bellsouth.net
PO Box 243756
Boynton Beach, FL 33424-3756
Phone: (561) 503-4398
Attorney for Defendant Bobby Madison
Served through CM/ECF